UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LEANORA HALL,

    Plaintiff,

        v.                                CASE NO. 3:11-cv-00112-TJC-TEM

HUNTER WARFIELD, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, LEANORA HALL, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

DATED: April 11, 2011                             RESPECTFULLY SUBMITTED,

                                                          By: /s/ James Pacitti
                                                           James Pacitti (FBN: 119768)
                                                           Krohn & Moss, Ltd
                                                           10474 Santa Monica Blvd, Suite 401
                                                           Los Angeles, CA 90025
                                                           (323) 988-2400 x 230
                                                           (866) 802-0021 (fax)
                                                           jpacitti@consumerlawcenter.com
                                                           Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, James Pacitti, certify that a true and correct copy of the foregoing was served electronically via CM/ECF upon all counsel of record including the following:

Warren E. Stoller
Hunter Warfield
4620 Woodland Corporate Boulevard
Tampa, FL 33614
wstoller@huntwar.com

DATED: April 11, 2011                             By:/s/ James Pacitti
                                                            James Pacitti
                                                            Attorney for Plaintiff