UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LEANORA HALL,

    Plaintiff,

        v.                               CASE NO. 3:11-cv-00112-TJC-TEM

HUNTER WARFIELD, INC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

LEANORA HALL (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, HUNTER WARFIELD, INC. (Defendant), in this case.

DATED: May 18, 2011                             RESPECTFULLY SUBMITTED,

                                                    By: /s/ James Pacitti
                                                    James Pacitti (FBN: 119768)
                                                    Krohn & Moss, Ltd
                                                    10474 Santa Monica Blvd, Suite 401
                                                    Los Angeles, CA 90025
                                                    (323) 988-2400 x 230
                                                    (866) 802-0021 (fax)
                                                    jpacitti@consumerlawcenter.com
                                                    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I, James Pacitti, certify that a true and correct copy of the foregoing was served via ELECTRONIC MAIL upon the following:

Warren E. Stoller
Hunter Warfield
4620 Woodland Corporate Boulevard
Tampa, FL 33614
wstoller@huntwar.com

DATED: May 18, 2011                     By:/s/ James Pacitti
                                                    James Pacitti
                                                  Attorney for Plaintiff