**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LEANORA HALL,

        Plaintiff,

vs.                              Case No.  3:11-cv-112-J-32TEM

HUNTER WARFIELD, INC.,

        Defendant.

## ORDER

Upon review of the plaintiff's Notice of Voluntary Dismissal (Doc. 7), this case is dismissed with prejudice.  The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of June, 2011.

_____
TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies to:
Counsel of Record